

**U.S. Department of Justice**

United States Marshals Service

Western District of Tennessee

*Memphis, TN 38103*

# UNITED STATES GOVERNMENT MEMORANDUM

DATE: December 19, 2018

TO: United States District Court Clerk
Western District of Tennessee

    ATTN:    Case Manager for US District Judge

                    _____ Fowlkes _____

FROM:    Catherine Johnson
                Criminal Program Specialist
              United States Marshals Service

SUBJECT:    Notification of Prisoner(s) Designation(s)

The below defendant(s) has been designated. Please submit an Order to Surrender Date to my attention.

| DEFENDANT | CASE NO. | DATE TO V/S: |
|---|---|---|
| Coleman, Kevin | 18-20098 | 01/10/2019 |

                            Institution Name:
                            FCI Pensacola
                            110 Raby Ave.
                            Pensacola, FL 32509